UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NICOLE MILLER,<br><br>    Plaintiff,<br><br>    v.<br><br>FINANCIAL RECOVERY SERVICES, INC.,<br><br>    Defendant. | Case No.: CV-11-154-RMP<br><br>ORDER APPROVING NOTICE OF ACCEPTANCE OF OFFER AND AWARDING JUDGMENT |

BEFORE the Court is Plaintiff's Notice of Acceptance with Offer of Judgment, ECF No. 11. Having reviewed the Plaintiff's notice, the Defendant's offer, and the remaining file in this matter, the Court finds good cause to approve the notice and award judgment. Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Notice of Acceptance with Offer of Judgment, **ECF No. 11**, is **APPROVED.**

ORDER APPROVING NOTICE OF ACCEPTANCE OF OFFER AND AWARDING JUDGMENT ~ 1

2. Judgment is hereby entered against Defendant Financial Recovery Services, Inc., a Minnesota Corporation, for damages in the total amount of **ONE THOUSAND FIVE-HUNDRED DOLLARS ($1,500.00).** Furthermore, the Court enters judgment against Defendant Financial Recovery Services, Inc., a Minnesota Corporation, for reasonable attorney's fees and costs in an amount to be determined by agreement of the parties or by the Court upon motion of the Plaintiff.

3. The Court shall retain jurisdiction, and shall reopen this case, should it become necessary to determine reasonable attorney's fees and costs in connection with the claims alleged in the herein matter.

4. Any pending motions are **DENIED AS MOOT**.

5. Any scheduled court dates are hereby **STRIKEN**.

The District Court Executive is directed to enter this Order, enter judgment as outlined above, provide copies to counsel and **close** this case.

DATED this 14th day of December, 2011.

                    *s/ Rosanna Malouf Peterson*
                   ROSANNA MALOUF PETERSON
             Chief United States District Court Judge