KIRK D. MILLER, P.S.
211 E Sprague Avenue
Spokane, WA 99202
(509)413-1494 Telephone
(509)413-1724 Facsimile

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NICOLE MILLER, | Case No.: CV-11-154-RMP |
| Plaintiff, | FULL SATISFACTION OF JUDGMENT |
| vs. | |
| FINANCIAL RECOVERY SERVICES, INC., | |
| Defendant. | |

On November 30, 2011, Defendant submitted an offer of judgment to pay $1,500 plus reasonable attorney's fees.

NOW, THEREFORE, Plaintiff Nicole Miller, by her duly authorized attorney, hereby certifies the full satisfaction of said judgment, because all amounts to Plaintiff of the subject judgment have been paid, and hereby authorize and direct the Clerk of Court to record this full satisfaction of judgment discharge the same.

Dated this 5th day of January, 2012

FULL SATISFACTION OF
JUDGMENT 1

*Kirk D. Miller, P.S.*

s/Kirk D. Miller
Kirk D. Miller
WSBA # 40025
Attorney for Plaintiff
211 E. Sprague Ave.
Spokane, WA 99202
(509) 413-1494
Fax: (509) 413-1724
kmiller@millerlawspokane.com

NOTARY SEAL

Subscribed and sworn to before me this 9th day of January, 2012.

Patricia E Leahy-Charles
Notary Public

FULL SATISFACTION OF JUDGMENT 2

CM/ECF

I hereby certify that on the 11th day of January, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Kirk Miller  kmiller@millerlawspokane.com

Stephen Bernheim  steve@stevebernheim.com

*Kirk D. Miller, P.S.*

s/Kirk D. Miller
Kirk D. Miller
WSBA # 40025
Attorney for Plaintiff
211 E. Sprague Ave.
Spokane, WA 99202
(509) 413-1494
Fax: (509) 413-1724
kmiller@millerlawspokane.com

FULL SATISFACTION OF JUDGMENT 3